**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 10-6419**

───────────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

DEWAYNE REGINALD JEFFRIES,

               Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:07-cr-00056-MR-1)

───────────────

Submitted:  June 1, 2010          Decided:  June 9, 2010

───────────────

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Dewayne Reginald Jeffries, Appellant Pro Se.  Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Reginald Jeffries appeals the district court's order denying his mandamus petition and motion for judicial notice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Jeffries, No. 1:07-cr-00056-MR-1 (W.D.N.C. Mar. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2